# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UNITED STATES OF AMERICA EX REL. ALBERT YOUNG P.A., TERESA DEDINA L.P.N., VIANKA CALDERON, AND D'ANDRE HOOKS-CZAPANSKY.

CASE NUMBER: 14 CV 2793

V.

ASSIGNED JUDGE: William T. Hart

SUBURBAN HOME PHYSICIANS D/B/A DOCTOR AT HOME, JERRY GUMILA, DIANA JOCELYN GUMILA, NAIMISH PATEL, ET AL.

DESIGNATED MAGISTRATE JUDGE: Sheila Finnegan

TO: (Name and address of Defendant)

FELICIA HAYES
9732 SOUTHWEST HIGHWAY
OAK LAWN, IL 60453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MATTHEW MALINOWSKI, ESQ.
C/O LAW OFFICE OF ROBERT ORMAN
1 N. LASALLE STREET, SUITE 1775
CHICAGO, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/

(By) DEPUTY CLERK



May 20, 2016

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-8-16 |
| NAME OF SERVER (PRINT) JEFFREY MILLS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 9732 SOUTHWEST HWY, OAK LAWN

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ∅ | $100.00 | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-8-16
Date

Signature of Server

8323 KEELER AVE., SKOKIE, IL 60076
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.