UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.
ALBERT YOUNG P.A, et al.

      Plaintiffs,

  v.                                Case No. 14-CV-2793

SUBURBAN HOME PHYSICIANS d/b/a
DOCTOR AT HOME, et al.,

      Defendants.

**MOTION TO DISMISS PLAINTFFS' COMPLAINT AS TO
DEFENDANTS NAIMISH PATEL, PRASHANT PATEL,
AND HOME LIFE HEALTHCARE CORP.**

Defendants Naimish Patel, Prashant Patel, and Home Life Healthcare Corp., though their undersigned counsel, hereby move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), for an order dismissing the Complaint against these named Defendants for failure to state a claim upon which relief may be granted. A memorandum in support accompanies this motion.

Respectfully submitted this 13th day of July, 2016

/s/ Steven M. Biskupic
Steven M. Biskupic, SBN 6301276
Vanessa K. Eisenmann, SBN 6292767
1045 West Glen Oaks Lane, Suite 106
Mequon, WI  53092
sbiskupic@biskupicjacobs.com
veisenmann@biskupicjacobs.com
Office:  262-241-0033
Fax:  866-700-7640

Ronald H. Balson, SBN 0105074
Stone Pogrund & Korey LLC
1 East Wacker Drive, Suite 2610
Chicago, Illinois  60601
rbalson@spklaw.com
Telephone: 312-782-3636
Facsimile:  312-782-1482

*Counsel for Defendants*
*Prashant Patel, Naimish Patel, and*
*Home Life Healthcare Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on July 13, 2016. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Vanessa K. Eisenmann
Steven M. Biskupic, SBN 6301276
Vanessa K. Eisenmann, SBN 6292767
1045 West Glen Oaks Lane, Suite 106
Mequon, WI  53092
sbiskupic@biskupicjacobs.com
veisenmann@biskupicjacobs.com
Office:  262-241-0033
Fax:  866-700-7640
