UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALBERT YOUNG P.A., TERESA DEDINA L.P.N., VIANKA CALDERON, AND D'ANDRE HOOKS-CZAPANSKY, | ) ) ) ) ) | |
| Relators/Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 14 C 2793 |
| SUBURBAN HOME PHYSICIANS d/b/a DOCTOR AT HOME, JERRY GUMILA, DIANA JOCELYN GUMILA, NAIMISH PATEL, PRASHANT PATEL, HOME LIFE HEALTHCARE CORP., MEDEX HOME HEALTHCARE INCORPORATED, MEDEX HOME SERVICES AGENCY, INC., NELSON K. HODOGBEY, PHYSICIANS PREFERRED HOME CARE INC., FELICIA HAYES, TOSHETA BROWN GREENFIELD, et al. | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Hart |
| Defendants. | ) | |

**CONSENT OF THE UNITED STATES OF AMERICA TO
THE RELATORS' DISMISSAL WITHOUT PREJUDICE OF CLAIMS
AGAINST CERTAIN DEFENDANTS PURSUANT T0 31U.S.C.§ 3730(b)(l)**

Pursuant to 31 U.S.C. § 3730(b)(l), the United States hereby consents to the dismissal without prejudice of all claims in the above-captioned action with respect to Naimish Patel, Prashant Patel, Home Life Healthcare Corp., et al.

Dated: July 22, 2016

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/Kathryn A. Kelly
KATHRYN A. KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1936
kathryn.kelly@usdoj.gov